# United States District Court

**Western** DISTRICT OF **North Carolina**

UNITED STATES OF AMERICA
V.
Iquer CHICA

**WARRANT FOR ARREST**

CASE NUMBER: 3:08mJ 14

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Iquer CHICA__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title __8__ United States Code, Section(s) __1324 (a) (1) (A) (ii)__

| Carl Horn, III | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Carl Horn, III (signature) | January 30, 2008, Charlotte North Carolina |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Jason S. Duey | |
| DATE OF ARREST | Special Agent | |

O 442 (Rev. 12/85) Warrant for Arrest